# United States Court of Appeals
## For the First Circuit

---

No. 23-1224

UNITED STATES OF AMERICA,

Appellee,

v.

DOMINGO EMANUEL BRUNO-COTTO,

Defendant, Appellant.

---

**ERRATA SHEET**

The opinion of this court, issued on October 22, 2024, is amended as follows:

On page 9, line  8, replace the word "forego" with "forgo".

On page 9, line 10, replace the quote "intention to forego" with "intention to forgo".